JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIO DEMARIO ALSTON,<br><br>        Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>        Defendants. | Case No. 5:25-cv-01415-SB-MAA<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered October 8, 2025, it is ordered that Plaintiff Mario Alston's claims against Defendants are dismissed without prejudice.

This is a final judgment.

Date: October 10, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1